Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERIE JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>AIRCASTLE LIMITED, PETER V. UEBERROTH, RONALD W. ALLEN, GIOVANNI BISIGNANI, MICHAEL J. CAVE, DOUGLAS A. HACKER, JUN HORIE, TAKASHI KURIHARA, TAKAYUKI SAKAKIDA, RONALD L. MERRIMAN, AGNES MURA, CHARLES W. POLLARD, and MICHAEL J. INGLESE,<br><br>          Defendants. | Case No: 1:20-cv-00334-FB-PK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Sherie Johnson hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: April 1, 2020                           Respectfully submitted,

                                               **HALPER SADEH LLP**

                                               By: /s/ Daniel Sadeh
                                               Daniel Sadeh, Esq.
                                               375 Park Avenue, Suite 2607

1

New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on April 1, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: April 1, 2020                                        /s/ Daniel Sadeh
                                                                            Daniel Sadeh